IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN E. NAPP AND SHEILAH
M. HORMAN,

       Petitioners,

v.

OAKLEAF PLANTATION
PROPERTY OWNERS
ASSOCIATION, INC., A
FLORIDA NOT-FOR-PROFIT
CORPORATION, AND ORANGE
PARK TRUST SERVICES, LLC
AS TRUSTEE OF THE CLAY
COUNTY LAND TRUST #08-04-
25-007868-011-09,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1530

Opinion filed August 9, 2017.

Petition for Writ of Certiorari.

P. Campbell Ford and Alison A. Blake of Ford, Miller & Wainer, P.A., Jacksonville Beach, for Petitioners.

Zachary R. Roth of Ansbacher Law, Jacksonville, for Respondent Oakleaf Plantation Owners Association, Inc.

M. Scott Thomas and Cristine M. Russell of Rogers Towers, P.A., Jacksonville, for Respondent Orange Park Trust Services, LLC.

PER CURIAM.

DENIED.

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.